# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0602

_____

GERRY REALIN,

Appellant,

v.

CITY OF ORLANDO POLICE
DEPARTMENT/ EMPLOYERS
MUTUAL INC.,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident:  June 12, 2016.

September 26, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Kimberly D. Proano of Jones, Hurley and Hand, P.A., Tampa, for Appellees.